IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIE LEE BROOKS, II,** | Case No. 2:23-cv-00294-JDP (PC) |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **CASSIE,** | |
| Defendant. | |

    Plaintiff Willie Lee Brooks, II, is proceeding pro se in this civil rights action filed pursuant to U.S.C. § 1983. On June 8, 2023, the Court issued an order referring this case to the Court's Post-Screening Early Alternative Dispute Resolution (ADR) Program and stayed the case. (ECF No. 16.) The Court advised defense counsel that counsel could opt out of the settlement conference within sixty days.

    Accordingly, it is HEREBY ORDERED that:

    1.    Defendant's motion to opt out (ECF No. 17) is GRANTED and the stay of this action is LIFTED, and

    2.    Within twenty-one days from the date of this order, Defendant shall file a responsive pleading.

IT IS SO ORDERED.

Dated:    October 6, 2023   

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE