IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIE LEE BROOKS, II,,** | Case No. 2:23-cv-00294-JDP (PC) |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **CASSIE,** | |
| Defendant. | |

Good cause appearing, Defendant's Motion for a thirty-day extension of time to file a responsive pleading is granted. Defendant shall file a responsive pleading no later than November 27, 2023. No other deadlines are affected by this order.

IT IS SO ORDERED.

Dated:  November 1, 2023  
_____  
JEREMY D. PETERSON  
UNITED STATES MAGISTRATE JUDGE