UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE BROOKS, II,<br><br>                Plaintiff,<br><br>        v.<br><br>DANIEL CASSIE,<br><br>                Defendant. | Case No. 2:23-cv-00294-JDP (PC)<br><br>**ORDER**<br><br>GRANTING DEFENDANT'S AND PLAINTIFF'S MOTIONS FOR EXTENSIONS OF TIME<br><br>ECF Nos. 27, 28, & 30 |

   Defendant has filed two motions for extensions of time and plaintiff has filed one. ECF Nos. 27, 28, & 29. Defendant's first motion seeks additional time to file a response to plaintiff's motion to strike. ECF No. 27. Good cause appearing, that motion is granted and defendant's opposition, ECF No. 29, is deemed timely. Defendant's motion for an extension of time to respond to plaintiff's discovery requests, ECF No. 28, is granted. Finally, plaintiff's motion for an extension of time to file a reply to defendant's opposition, ECF No. 30, is granted.

   Good cause appearing, it is hereby ORDERED that:

   1. Defendant's motions for an extension of time, ECF Nos. 27 & 28, are granted.

       a. Defendant's opposition, ECF No. 29, is deemed timely.

       b. Defendant is granted until April 3, 2024, to respond to plaintiff's discovery

requests.

    2. Plaintiff's motion for an extension of time, ECF No. 30, is granted. Plaintiff shall file his reply by April 3, 2024.

IT IS SO ORDERED.

Dated:   March 6, 2024                                  
                                        JEREMY D. PETERSON
                                        UNITED STATES MAGISTRATE JUDGE