IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIE LEE BROOKS, II,** | Case No. 2:23-cv-00294-KJM-JDP (PC) |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **CASSIE,** | |
| Defendant. | |

Good cause appearing, Defendant's motion to modify the Discovery and Scheduling Order (ECF No. 34) is granted. Defendant is granted an extension of time to take Plaintiff's deposition and file any necessary motions to compel. Defendant shall depose Plaintiff and file any motions to compel by July 5, 2024. No other deadlines are affected by this order.

IT IS SO ORDERED.

Dated:  June 5, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:23-cv-00294-KHM-JDP (PC))