1
2
3
4
5
6
7
8

9                    UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   WILLIE LEE BROOKS, II,              Case No.  2:23-cv-00294-KJM-JDP (PC)

13                  Plaintiff,           **ORDER**

14         v.                            GRANTING DEFENDANT'S MOTION TO
                                         COMPEL DEPOSITION AND TO MODIFY
15   DANIEL CASSIE, *et al.*,            THE SCHEDULING ORDER AND
                                         DENYING PLAINTIFF'S MOTION TO
16                  Defendants.          QUASH DEPOSITION

17                                       ECF Nos. 39 & 40

18                                       **FINDINGS AND RECOMMENDATIONS**

19                                       THAT PLAINTIFF'S MOTION TO STRIKE
                                         AFFIRMATIVE DEFENSES BE DENIED
20
                                         ECF No. 35
21
                                         OBJECTIONS DUE IN FOURTEEN DAYS
22

23

24         Plaintiff, a state prisoner proceeding *pro se*, brings this case alleging that he was sexually

25   assaulted during a medical examination.  Pending are plaintiff's motion to strike two affirmative

26   defenses, ECF No. 35, plaintiff's motion to quash or stay his deposition, ECF No. 39, and

27   defendant's motion to compel plaintiff's deposition and to modify the scheduling order, ECF

28

                                         1

1   40.  I recommend that plaintiff's motion to strike be denied.  I order that plaintiff's motion to

2   quash or stay his deposition is denied, and defendant's motion is granted.

3   **Motion to Strike Affirmative Defenses**

4       The motion at bar, ECF No. 35, is plaintiff's second motion to strike affirmative defenses.

5   I recommended that his first, ECF No. 25, be granted in part, ECF No. 33, and those

6   recommendations are currently before the district judge.  His current motion seeks to strike the

7   two defenses I recommended upholding in my previous findings and recommendations.  Nothing

8   in this motion gives me cause to reconsider those earlier findings, and I recommend that this

9   motion be denied for the same reasons described in the previous recommendations.

10   **Motion to Quash or, in the Alternative, Stay Deposition for Sixty Days**

11       Plaintiff moves to quash, or, alternatively, to stay his deposition because, in April 2024, he

12   underwent back surgery.  ECF No. 39 at 2.  It is now September, and, in his motion, plaintiff

13   indicated that a sixty-day stay of the deposition would be appropriate to allow for physical

14   recovery.  *Id.* at 2-3.  Given that more than sixty days have passed, I will deny plaintiff's motion

15   to quash or stay the deposition.

16   **Motion to Compel and to Modify Scheduling Order**

17       Defendants seek to compel plaintiff to sit for a deposition.  ECF No. 40-1 at 4.

18   Defendants state that plaintiff missed his previously noticed deposition and that plaintiff has not

19   shown any basis for a protective order prohibiting such a deposition or limiting its scope.  *Id.* at 2-

20   3.  I agree.  In his opposition, plaintiff argues that requiring him to sit for a deposition will force

21   him to relive the trauma of the alleged incident.  ECF No. 41 at 3-4.  I am not unsympathetic to

22   the mental strain plaintiff may endure in having to discuss the incident, but he has put that event

23   at issue by bringing this suit; defendants must be allowed to defend themselves.  I will grant

24   defendants' motion.

25       Accordingly, it is ORDERED that:

26       1.   Plaintiff's motion to quash or, in the alternative, stay deposition, ECF No. 39, is

27   DENIED.

28       2.   Defendants' motion to compel and modify the scheduling order, ECF No. 40, is

1  GRANTED.  Defendants shall take plaintiff's deposition within sixty days of this order's entry.

2  Any pre-trial motions are due within ninety days of this order's entry.

3         Further, it is RECOMMENDED that plaintiff's motion to strike affirmative defenses, ECF

4  No. 35, be DENIED.

5         These findings and recommendations are submitted to the United States District Judge

6  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days of

7  service of these findings and recommendations, any party may file written objections with the

8  court and serve a copy on all parties.  Any such document should be captioned "Objections to

9  Magistrate Judge's Findings and Recommendations," and any response shall be served and filed

10  within fourteen days of service of the objections.  The parties are advised that failure to file

11  objections within the specified time may waive the right to appeal the District Court's order.  *See*

12  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir.

13  1991).

14

15  IT IS SO ORDERED.

16

17  Dated:    September 9, 2024                        _____

18                                                     JEREMY D. PETERSON
                                                       UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28