1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIAM LEE BROOKS, II,                    Case No.  2:23-cv-00294-KJM-JDP (PC)

12                 Plaintiff,

13        v.                                    ORDER

14   DANIEL CASSIE,

15                 Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

19   by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On May 21, 2024, the magistrate judge filed findings and recommendations, which were

21   served on all parties and which contained notice to all parties that any objections to the findings

22   and recommendations were to be filed within fourteen days.  Neither party has filed objections to

23   the findings and recommendations.

24        The court presumes that any findings of fact are correct.  *See Orand v. United States*,

25   602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

26   de novo.  *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

27   by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

28   /////

1

1    . . . .").  Having reviewed the file, the court finds the findings and recommendations to be

2    supported by the record and by the proper analysis.

3         Accordingly, IT IS HEREBY ORDERED that:

4         1.  The findings and recommendations filed May 21, 2024, are adopted in full;

5         2.  Plaintiff's motion to strike, ECF No. 25, is granted as to defendant's Second, Third,

6    Fourth, Fifth, Sixth, and Seventh Affirmative Defenses, which are stricken with leave to amend

7    and is denied as to defendant's First and Eighth Affirmative Defenses;

8         3.  Defendant is granted twenty-one days from the date of this order to amend his answer;

9    and

10        4.  This matter is referred back to the assigned magistrate judge for further pre-trial

11   matters.

12   DATED:  October 3, 2024.

UNITED STATES DISTRICT JUDGE

2