UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE BROOKS, II, | Case No. 2:23-cv-0294-KJM-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| DANIEL CAASI, | |
| Defendant. | |

On November 14, 2024, the court extended the dispositive motion deadline to December 30, 2024.[1] ECF No. 49. The parties did not file dispositive motions by that deadline. The court now directs that the parties file status reports discussing (1) any practical limitations on going to trial at this juncture, (2) any other measure that would secure speedy and efficient resolution of this case, and (3) each party's potential interest in a settlement conference. The court further asks that, if a party has interest in a possible settlement conference, the party specify whether or not they waive the undersigned's disqualification to act as the settlement judge.

---

[1] Plaintiff has filed a motion requesting that defendant's name be updated to "Caasi" from "Cassie." ECF No. 52. That motion is granted.

1

Accordingly, it is hereby ORDERED that:

1. The parties shall file, within thirty days of this order, a status report in accordance with this order.

2. Plaintiff's motion to update the spelling of defendant's name, ECF No. 52, is granted. The Clerk of Court is directed to update the docket to reflect defendant's last name as "Caasi."

IT IS SO ORDERED.

Dated:   February 26, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE