UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE BROOKS, II,<br>Plaintiff,<br>v.<br>DANIEL CAASI,<br>Defendant. | Case No. 2:23-cv-0294-JDP (P)<br><br>ORDER |

The parties attended a settlement conference on July 30, 2026. ECF No. 85. The case did not settle. If either party contemplates filing any dispositive motions, they must do so within forty-five days of this order's entry. If neither party files a dispositive motion within that deadline, the case will proceed to trial.

It is so ORDERED.

IT IS SO ORDERED.

Dated: August 18, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE