UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE LEE BROOKS, II,

Plaintiff,

v.

DANIEL CAASI,

Defendant.

Case No. 2:23-cv-0294-JDP (P)

ORDER

Defendant has filed a motion for extension of the deadline to file dispositive motions. ECF No. 87. Good cause being shown, the extension is granted.

It is ORDERED that:

1. Defendant's motion for extension of time, ECF No. 87, is GRANTED.

2. The dispositive motions deadline is extended by fourteen days, to October 16, 2026. No other deadlines are affected by this order.

IT IS SO ORDERED.

Dated: October 6, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE